IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE NIEBLA,

    Plaintiff,

v.                                              CASE NO. 4:05-cv-00242-MP-AK

ALEX VILLALOBOS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending that the plaintiff's case be dismissed. The Court agrees with the Magistrate Judge that Plaintiff has had at least three prior dismissals, does not allege imminent danger of serious physical injury, and therefore that this case should be summarily dismissed without further order. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *17th*  day of October, 2006

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge